PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
OCT 25 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (229) 444-7367 | CASE NO. 2:17-SW-929 EFB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 10-25-2017

_____
Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER                                1